IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRAIG TALLMAN,

    Plaintiff,

v.

REGAL MEDIATION SERVICES, LLC.,

    Defendant.          No. 15-cv-240-DRH-PMF

### ORDER

This cause comes before the Court pursuant to a Notice of Dismissal Without Prejudice (Doc. 10) filed by plaintiff Craig Tallman pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i). Accordingly, it is hereby **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is **DIRECTED** to close the file.

    **IT IS SO ORDERED.**

    Signed this 11th day of June, 2015.

*/s/ David R. Herndon*
David R. Herndon
2015.06.11
09:41:48 -05'00'

United States District Judge